# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Jason Hanson,

    Plaintiff

v.

Frances-Ann Fine, et. al.,

    Defendants

2:17-cv-02133-JAD-GWF

**Remand Order**

**[ECF No. 17]**

    Plaintiff Jason Hanson filed this lawsuit in the Eighth Judicial District Court, but the defendants removed it here last month based on the inclusion of a federal RICO claim that gave this court federal-question jurisdiction.[1] Plaintiff successfully moved to amend his complaint to abandon that RICO claim, leaving this court with only state-law claims over which it is exercising supplemental jurisdiction. Plaintiff moves to remand.[2] For the reasons I stated on the record at today's hearing on that motion to remand,

    IT IS HEREBY ORDERED that the Motion to Remand **[ECF No. 17] is GRANTED; this case is remanded back to the Eighth Judicial District Court, Clark County, Nevada, Case No. A-17-758506-C, Dept. No. 28.** The Clerk of Court is directed to CLOSE THIS CASE.

Dated September 15, 2017

                                                 Jennifer A. Dorsey
                                                United States District Judge

---

[1] ECF No. 1 at ¶ 5.

[2] ECF No. 7.